**FILED**
FEB 07 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA
_____oOo_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **WAIVER OF INDICTMENT** |
| LAURA LEE ELIZABETH GREGORY, aka LAURA PETERSON, | CASE NUMBER: 2:11-CR-00049 JAM |

    I, LAURA LEE ELIZABETH GREGORY, aka LAURA PETERSON, the above named defendant, who is accused of Bank Fraud and Attempted Bank Fraud (18 U.S.C. § 1344(2) and 2)(2 Counts); and Possession of Stolen U.S. Mail (18 U.S.C. § 1708), being advised of the nature of the charges, the Information, and of my rights, hereby waive in open court on February 7, 2011, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_[signature]_
LAURA LEE ELIZABETH GREGORY,
   aka LAURA PETERSON,
*Defendant*

_[signature]_
CARL LARSON
*Counsel for Defendant*

Before _[signature: GREGORY G. HOLLOWS]_

Hon. Judge GREGORY G. HOLLOWS
UNITED STATES MAJISTRATE JUDGE