1  BEN WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700



FILED

MAR 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>          Plaintiff,        )<br>     v.                     )<br>LAURA LEE ELIZABETH GREGORY,)<br>  aka LAURA PETERSON,       )<br>                            )<br>          Defendant.        )<br>_____) | CR. NO. S-11-049-JAM |
| UNITED STATES OF AMERICA,  )<br>                            )<br>          Plaintiff,        )<br>     v.                     )<br>MELVIN LEE GREGORY,         )<br>  aka Theodore C.,          )<br>                            )<br>          Defendant.        )<br>_____) | CR. NO. S-11-145-WBS<br><br>MOTION AND STIPULATION<br>TO RELATE CASES AND<br>PROPOSED ORDER |

     Under Local Rule 83-123(3) & (4), the United States hereby notifies the Court of the filing of a related case and the United States further moves that the case be related.

     On February 3, 2011, an Information was filed initiating case number CR. S-11-049-JAM against Laura Gregory.  This matter, CR. S-11-049-JAM, was assigned to the Hon. John A. Mendez.  Laura Gregory was charged with federal offenses related to possession of stolen U.S. Mail, and bank fraud schemes related to unlawful use of stolen U.S. Mail (and information within stolen U.S. Mail).

1    On March 24, 2011, an Information was filed initiating case
2 no. CR. S-11-145-WBS against Melvin Gregory (husband of Laura
3 Gregory). This Information similarly charges Melvin Gregory with
4 bank fraud (18 U.S.C. 1344), and possession of stolen U.S. Mail (18
5 U.S.C. 1708). The Information additionally charges Melvin Gregory
6 with Aggravated I.D. Theft (18 U.S.C. 1028A(a)(1).

7    The United States submits that the case against Melvin
8 Gregory, Cr. 11-145-WBS, should be related before Judge Mendez with
9 the EARLIER charged case against Laura Gregory, Cr. 11-049-JAM. In
10 each case there are similar victims (financial institutions and
11 U.S. Mail senders/recipients), similar witnesses,
12 related/associated individuals, and related factual background.
13 Further, the charges against each defendant stem from and relate to
14 similar investigation conduct. Defense counsel for Melvin Gregory,
15 Dennis Waks, stipulates and agrees that the matter against Melvin
16 Gregory is properly related to the matter against Laura Gregory.

17    Accordingly, the United States submits that in each case there
18 are related evidence issues, sentencing issues and/or similar
19 witness concerns. Significantly, relation of the Melvin Gregory
20 case with the case already before the previously assigned judicial
21 officer (Judge Mendez) would help victims, law enforcement, and
22 witnesses deal with prosecutive and judicial burdens. In addition,
23 relating the Melvin Gregory matter with the EARLIER case (against
24 Laura Gregory) would be efficient for the U.S. Probation Office.

25 Dated:   3/25/2011                BENJAMIN B. WAGNER
26                                   United States Attorney
                                     /s/ Michelle Rodriguez
27                         By:       _____
                                     MICHELLE RODRIGUEZ
28                                   Assistant U.S. Attorney

**RELATED CASE ORDER**

Examination of the above-captioned matter, CR. NO. S-11-145-WBS, and the EARLIER criminal action in CR. NO. S-11-049-JAM reveals that the actions are related within the meaning of Local Rule 83-123. The actions involve similar transactions, including as to victims and witnesses, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge. No consolidation of the actions is effected. Under the regular practice of this court, related cases are assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-11-145-WBS is reassigned to Judge Mendez, for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall show the initials "JAM" instead of the other jurist's initials.

IT IS FURTHER ORDERED that the clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED: 3-28-2011

JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

///