BENJAMIN WAGNER
U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>LAURA LEE ELIZABETH GREGORY,<br>  aka LAURA PETERSON,<br><br>        Defendant. | CR. NO.  11-49-JAM<br><br>MOTION TO CONTINUE<br>SENTENCING HEARING<br>AND ORDER |

HEREBY, plaintiff United States of America moves that (1) the sentencing hearing set for June 14, 2011 be vacated; and (2) this Court schedule the hearing on July 19, 2011 at 9:30 a.m.

HEREBY FURTHER, the undersigned counsel for the United States certifies that she has spoken to defense counsel for the above captioned defendant and said counsel has agreed to continue the sentencing hearing for good cause and to ensure effective advocacy on behalf of his client, the above referenced defendant. The undersigned counsel is further aware that the United States Probation Officer assigned to the above referenced matter has no

**MOTION AND (PROPOSED) ORDER**                         **1**

1 | objection to the proposed continuance of the status hearing re
2 | sentencing.

```
        May 11, 2011
DATED:  _____            BENJAMIN WAGNER
                                  United States Attorney
                                  By:
                                       /S/ Michelle Rodriguez
                                  _____
                                  MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney


                      *     *     *

     IT IS SO ORDERED.


DATED: 5/16/2011                  /s/ John A. Mendez
                                  JOHN A. MENDEZ
                                  U.S. DISTRICT COURT JUDGE
                                  E.D. CALIFORNIA

///
```

**MOTION AND (PROPOSED) ORDER**                                              **2**